# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 278 |
| | : | |
| ORDER AMENDING RULE | : | APPELLATE PROCEDURAL RULES |
| 126 OF THE PENNSYLVANIA | : | |
| RULES OF APPELLATE | : | DOCKET |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2019, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been published for public comment at 47 Pa.B. 7 (January 7, 2017):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 126 of the Pennsylvania Rules of Appellate Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective May 1, 2019.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.